**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

*FILED NOV 12 2004 — UNITED STATES COURT OF APPEALS, SECOND CIRCUIT, Roseann B. MacKechnie, Clerk*

Date: 11/12/04
Docket Number: 03-6104-cv
Short Title: Hamilton v. City of New Haven
DC Docket Number: 00-cv-99
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Warren Eginton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 12 day of November two thousand four.

CYNTHIA HAMILTON,

    Plaintiff - Appellee,

v.

WARE, Agent, GENTILE, Agent, CITY OF NEW HAVEN, FEDERAL BUREAU OF INVESTIGATION, NICHOLAS PASTORE, TROCCHIO, Det., FOTI, Det., BASHTA, Det., COTTO, Det., SEGARRA, Det., PETERSON, Sgt., WARDROP, Sgt., MELVIN WEARING, UNITED STATES OF AMERICA,

    Defendants - Appellants.

*FILED 2004 NOV 22 P 2:01 U.S. DISTRICT COURT NEW HAVEN, CT*

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,
Roseann B. MacKechnie, Clerk

By: /s/ Michael Adragna
Michael Adragna
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by /s/ DEPUTY CLERK

CERTIFIED: NOV 12 2004