UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAY 12 P 1: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CYNTHIA HAMILTON :

    PLAINTIFF :

VS.                               :CIVIL NO.**3:00CV00099 (WWE)**

CITY OF NEW HAVEN, ET Al. :

    DEFENDANTS              :        MAY 8, 2005

## SATISFACTION OF JUDGMENT INCLUDING COSTS AND INTEREST

The Plaintiff, Cynthia Hamilton, in the above captioned matter hereby avers that the judgment entered on March 20, 2003, against the Defendants, The City of New Haven et al, has been paid in full and is fully satisfied, including payment of all costs and interest.

                                                      Respectfully Submitted,

                                                      BY_____
                                                      Anthony A. Wallace
                                                      Federal Bar No. (CT08881)
                                                      500 Central Avenue
                                                      New Haven, CT 06515
                                                      (203)389-9998

1

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was sent first class mail postage prepaid to the following this _____ day of _May_ 2005:

Attorney Thomas Ude
Deputy Corporation Counsel
City of New Haven Corporation Counsel
165 Church Street, 4th floor
New Haven, CT 06510
(203)946-7942

_____
Anthony A. Wallace